IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JAMES KEVIN HARPER, ET AL.                                                PLAINTIFFS

v.                                                        CIVIL ACTION NO.: 1:16CV056-SA

JOHN HOYT SHEFFIELD, ET AL.                                              DEFENDANTS

## ORDER OF RECUSAL

The above styled and numbered cause was assigned to the undersigned United States District Judge Sharion Aycock. Judge Aycock, on her own motion, hereby **RECUSES** herself from this cause.

It is hereby **ORDERED** that the Clerk of the Court is directed to transfer and re-assign this case to another district judge.

This, the 14th day of June, 2016.

                                                **/s/ Sharion Aycock**
                                                **U.S. DISTRICT JUDGE**