IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

| | |
|---|---|
| JAMES KEVIN HARPER, Individually And STATE OF MISSISSIPPI Ex Rel James Kevin Harper<br><br>Plaintiffs,<br><br>v.<br><br>JOHN HOYT SHEFFIELD, In His Individual and Official Capacities, TRAVELERS CASUALTY & SURETY CO., AND LEE COUNTY, MISSISSIPPI<br><br>Defendants | Civil Action No. 1:16cv56-GHD-DAS |

## AGREED ORDER FOR STAY OF ALL PROCEEDINGS AS TO DEFENDANT TRAVELERS CASUALTY & SURETY CO.

THIS MATTER having come before the Court upon the Motion of Defendant Travelers Casualty & Surety Co. ("Travelers") for a stay of all proceedings against Travelers Casualty & Surety Co. and the Court, finding that the parties have executed this Order to signify their agreement and/or lack of opposition to said Motion, the Court finds that the Motion should be and hereby is granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED as follows:

1. All proceedings against and related to Travelers are stayed until further order of this Court;

2. Travelers shall not be required to participate in this litigation until 21 days after an Order lifting the stay herein. All bond specific defenses of Travelers are hereby reserved and all non-bond specific defenses pursued by other Defendants in this case are waived by Travelers;

3. This order in no way impacts the penal sum of the bond of Travelers.

SO ORDERED this the 31 s/ day of May, 2018.

/s/ Glen H. Davidson
UNITED STATES DISTRICT JUDGE

AGREED:

By: /s/ Craig N. Mangum
Craig N. Mangum (MSB #105170)
KREBS FARLEY PLLC
400 Poydras Street, Suite 2500
New Orleans, LA 70130
Telephone:   504-299-3570
Facsimile:   504-299-3582
E-mail:      cmangum@kfplaw.com
*Counsel for Defendant Travelers Casualty & Surety Co.*

By:   /s/Victor I. Fleitas
VICTOR I. FLEITAS (MSB #10259)
452 North Spring Street
Tupelo, MS 38804
(662) 840-0270
(662) 840-1047 (fax)
fleitasv@bellsouth.net
*Counsel for Plaintiff James Kevin Harper*

By: /s/Jamie F. Jacks
JAMIE F. JACKS (MSB #101881)
Jacks Griffith Luciano, P.A.
P.O. Box 1209
150 North Sharpe Avenue
Cleveland, MS 38732
(662) 843-6171
(662) 843-6176
jjacks@jlpalaw.com
*Counsel for Defendant John Hoyt Sheffield*

By:   /s/Gary L. Carnathan
GARY L. CARNATHAN
Carnathan & McAuley
P.O. Drawer 70
Tupelo, MS 38802-0070
(601) 842-3321
carnathanlaw@redmagnet.com
*Counsel for Defendant Lee County, Mississippi*