IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JAMES KEVIN HARPER, Individually,
AND STATE OF MISSISSIPPI EX REL.
JAMES KEVIN HARPER                                                          PLAINTIFF

V.                                                        CAUSE NO. 1:16-CV-056-GHD-DAS

JOHN HOYT SHEFFIELD, In His Individual and
Official Capacities, TRAVELERS CASUALTY &
SURETY CO., AND LEE COUNTY, MISSISSIPPI                           DEFENDANTS

## ORDER

The Complaint filed herein by Plaintiff against the Defendants John Hoyt Sheffield, In His Individual and Official Capacities, Travelers Casualty & Surety Co., and Lee County, Mississippi, together with the civil actions stated therein and the demands made or which might have been made for relief therein by the Plaintiff, shall be, and the same hereby are, dismissed with full prejudice. The terms and conditions of a confidential settlement by and between them have been satisfied and entry of the instant order has been requested.

ACCORDINGLY, IT IS ORDERED this action should be dismissed with full prejudice.

This the 10 day of September, 2018.

_____
HON. GLEN H. DAVIDSON
UNITED STATES DISTRICT JUDGE